İLANDRY v. US AIRWAYS, INC.

[356 N.C. 419 (2002)]

DOUGLAS JEFFREY LANDRY, Employee v. US AIRWAYS, INC., Employer, RSKCO, Carrier

No. 278A02

(Filed 22 November 2002)

**Workers' Compensation— lifting and turning—shoulder injury—not compensable injury by accident**

The decision of the Court of Appeals in this workers' compensation case is reversed for the reasons stated in the dissenting opinion that the Industrial Commission's findings were supported by competent evidence and in turn supported its conclusion that plaintiff did not sustain a compensable injury by accident when he suffered a shoulder·injury at the time he lifted a mailbag and turned while unloading an aircraft because there were no unusual conditions likely to result in unexpected consequences.

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 121, 563 S.E.2d 23 (2002), reversing an opinion and award entered 22 February 2001 by the North Carolina Industrial Commission and remanding for further proceedings. Heard in the Supreme Court 17 October 2002.

*Law Offices of George W. Lennon, by George W. Lennon and Michael W. Ballance, for plaintiff-appellee.*

*Brooks, Stevens & Pope, P.A., by Michael· C. Sigmon and Matthew P. Blake, for defendant-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.